The Hickok Music Company, Inc., Respondent, v. Isadore Wurtzel and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. In our opinion the liability of Rosen is not shown so plainly as to require the granting of defendants' motion. Jaycox, Manning, Kelby, Young and Kapper, JJ., concur.